# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY JONES** | : | **CIVIL ACTION** |
| **v.** | : | |
| **DELAWARE RIVER STEVEDORES, INC.** | : | **NO. 18-4276** |

## ORDER

**NOW**, this 7th day of February, 2019, upon consideration of Defendant's Motion to Dismiss Complaint in Part (Document No. 9), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts 5, 6, 7, and 8 of the Complaint are **DISMISSED**.

/s/TIMOTHY J. SAVAGE